# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** JEFFERY L. & DEIDRA N. ROUND
**Case Number:** 14-21613-CMB      **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 01, 2016 09:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#75 - Trustee's Certificate of Default to Dismiss
   +Affidavit by Debtor
R / M #: 75 / 0

FILED
9/2/16 12:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Appearances:

*K. Steidl* (signature)

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. __X__ Other: Resolved through recommended order