UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>JEFFERY L. ROUND<br>DEIDRA N. ROUND<br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>        Movant<br>   vs.<br>JEFFERY L. ROUND<br>DEIDRA N. ROUND<br>        Respondent(s) | Case No. 14-21613CMB<br>Chapter 13<br><br>Related to Document No. 75 |

## **ORDER**

AND NOW, this  2nd  day of      September      , 20 16 , the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is ***ORDERED, ADJUDGED and DECREED:***

☐    This case is ***DISMISSED***, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is ***DISMISSED***, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is ***FURTHER ORDERED*** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

    C.    The Clerk shall give notice to all creditors of this dismissal.

    D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

    E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

    (1)    the time deadline provided by state law; or

    (2)    30 days after the date of this notice.

☑ This case is not dismissed. The plan term is extended to a total of _N/A_ months; the monthly plan payment amount is changed to $ _1590_ effective _9/2016_.

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐ Other: _____
_____
_____
_____
_____

FILED
9/2/16 12:43 pm
CLERK
U.S. BANKRUPTCY
Dated: COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
United States Bankruptcy Judge    **jah**

Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-21613-CMB
Jeffery L. Round                                                        Chapter 13
Deidra N. Round
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3              Date Rcvd: Sep 02, 2016
                              Form ID: pdf900         Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2016.
```
db/jdb       +Jeffery L. Round,   Deidra N. Round,   3116 Willett Road,   Pittsburgh, PA 15227-3042
sp           +Daniel P. Joyce,   1301 Grant Building,   310 Grant Street,   Pittsburgh, PA 15219-2213
cr           +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
13854943     +AT&T Mobility,   c/o Bay Area Credit Services,   1000 Abernathy Road N. E.,   Suite 195,
               Atlanta, GA 30328-5612
13920930      American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
               Los Angeles, CA  90051-5478
13854944      Baldwin-Whitehall School District,   c/o Berkheimer Tax Administrator,   PO Box 25153,
               Lehigh Valley, PA 18002-5153
13854946      Barclay's Bank,   c/o Northstar Location Services,   4285 Genesee Street,
               Buffalo, NY 14225-1943
13854945      Barclay's Bank,   c/o Card Services,   P.O. Box 13337,   Philadelphia, PA 19101-3337
13854947     +Best Buy Credit Service,   P.O. Box 790441,   Saint Louis, MO 63179-0441
13886558     +Borough of Brentwood,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13854948     +Borough of Brentwood,   c/o Jordan Tax Services,   102 Rahway Road,   Canonsburg, PA 15317-3349
13854951      Capital One Bank,   P.O. Box 71083,   Charlotte, NC 28272-1083
13854952     +Capital One Bank,   c/o Professional Recovery Services Inc.,   P.O. Box 1880,
               Voorhees, NJ 08043-7880
13854950      Capital One Bank,   c/o Sunrise Credit Services,   P.O. Box 9100,   Farmingdale, NY 11735-9100
13854953     +Citibank,   P.O. Box 6077,   Sioux Falls, SD 57117-6077
13854955      Creditech,   PO Box 20330,   Lehigh Valley, PA 18002-0330
13850508     +Department Stores National Bank/Macys,   Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
13854958     +Disney Movie Club,   c/o North Shore Agency Inc.,   270 Spagnoli Road,   Suite 110,
               Melville, NY 11747-3515
13839336     +Doman Auto Sales,   1308 Edgebrook Ave,   Pittsburgh, PA 15226-1408
13854962      Fingerhut,   P.O. Box 166,   Newark, NJ 07101-0166
13854964      JB Robinson & Brightwater Capital,   c/o Smith & Cohen,   P.O. Box 1646,
               Southgate, MI 48195-0646
13854965      JC Penney,   c/o Advanced Call Center Technologies,   P.O. Box 9091,
               Johnson City, TN 37615-9091
13854969      JRMC Diagnostic Services,   P.O. Box 182504,   Columbus, OH 43218-2504
13854966      Jefferson Regional Medical Center,   P. O. Box 3475,   Toledo, OH 43607-0475
13854967      Jefferson Regional Medical Center,   P.O. Box 643054,   Pittsburgh, PA 15264-3054
13854968      Jefferson Regional Medical Center,   c/o CBCS,   P.O. Box 2724,   Columbus, OH 43216-2724
13839338     +KML Law Group, P.C.,   Mellon Independence Center, Suite 5000,   701 Market Street,
               Philadelphia, PA 19106-1538
14218716     +LSF9 Master Participation Trust,   P.O.Box 24330,   Oklahoma City, OK 73124-0330
14052230      LSF9 Master Participation Trust,,   P.O. Box 24430, Oklahoma City, OK 73124
13839339     +Lakeview Loan Servicing, LLC,   4425 Ponce De Leon Blvd.,   Mailstop MS5/521,
               Miami, FL 33146-1837
13879682     +Lakeview Loan Servicing, LLC,   M&T Bank,   Attn: Bev Inglalsbe,   1100 Wehrle Drive,
               Williamsville, NY 14221-7748
13925814      Navient Solutions, Inc.,   Department of Education Loan Services,   P.O. Box 9635,
               Wilkes-Barre, PA 18773-9635
13854975     +New Book of Knowledge Book Club &,   Beginning Readers Book Club,   c/o RJM Acquisitions,
               575 Underhill Boulevard, Suite 224,   Syosset, NY 11791-3416
13854976     +Novacare Rehabilitation,   400 Technology Drive,   Suite 240,   Canonsburg, PA 15317-9575
13854977      PA American Water Company,   P. O. Box 371412,   Pittsburgh, PA 15250-7412
13854979     +Pennsylvania State Employees FCU,   c/o Account Services,   1802 North East Loop 410, Suite 400,
               San Antonio, TX 78217-5221
13839341      Peoples Gas,   PO Box 6766,   Pittsburgh, PA 15212-0766
13854981      Peoples Gas Company & Equitable Gas,   P.O. Box 371820,   Pittsburgh, PA 15250-7820
13854982     +Preferred Primary Care Physicians,   Manor Oak Two,   1910 Cochran Road, Suite 490,
               Pittsburgh, PA 15220-1203
14218709     +Secretaty of Housing and Urban Development,   451 7th Street, S.W.,   Washington, DC 20410-0002
13854984     +US Career Institute,   c/o USCB Accounts Receivable Management,   P.O. Box 1259,   Dept. 25271,
               Oaks, PA 19456-1259
13854986      Walmart,   c/o FMS Inc.,   P.O. Box 707600,   Tulsa, OK 74170-7600
13854987      Walmart,   c/o CAC Financial Corporation,   2601 North West Expressway,   Suite 1000 E,
               Oklahoma City, OK 73112-7236
13854988      Walmart & GE Capital,   c/o Monarch Recovery Management,   P.O. Box 21089,
               Philadelphia, PA 19114-0589
13854989      West Jefferson Hills S.D.,   and Pleasant Hills Borough,   c/o PA Municipal Service Co.,
               336 Delaware Avenue Dept. W-46,   Oakmont, PA 15139-2138
```

```
District/off: 0315-2          User: jhel                  Page 2 of 3                   Date Rcvd: Sep 02, 2016
                              Form ID: pdf900             Total Noticed: 70


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 03 2016 01:23:12
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
13866759       +E-mail/Text: bncmail@w-legal.com Sep 03 2016 01:33:15     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13854942       +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 03 2016 01:33:31      Allstate Insurance,
                 c/o Credit Collection Services,   2 Wells Avenue,   Newton Center, MA 02459-3225
13843708        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 03 2016 01:31:45
                 American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
13844154       +E-mail/Text: ebn@squaretwofinancial.com Sep 03 2016 01:33:23      CACH, LLC,
                 4340 S. Monaco Street,   2nd Floor,   Denver, CO 80237-3485
13863347       +E-mail/Text: bncmail@w-legal.com Sep 03 2016 01:33:15     CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13854949        E-mail/Text: cms-bk@cms-collect.com Sep 03 2016 01:32:46      Capital Management Services,
                 698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
13854954       +E-mail/Text: bnc@alltran.com Sep 03 2016 01:32:38     Citibank,    c/o United Recovery Systems,
                 5800 North Course Drive,   Houston, TX 77072-1613
13854957        E-mail/Text: mrdiscen@discover.com Sep 03 2016 01:32:37      Discover Card,   P.O. Box 30943,
                 Salt Lake City, UT 84130
13854956        E-mail/Text: EBNProcessing@afni.com Sep 03 2016 01:33:14      Direct TV,   c/o Afni Inc.,
                 1310 MLK Drive,   P.O. Box 3517,   Bloomington, IL 61702-3517
13849151        E-mail/Text: mrdiscen@discover.com Sep 03 2016 01:32:37      Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13839337       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 03 2016 01:33:34      Duquesne Light,
                 411 Seventh Avenue,   Pittsburgh, PA 15219-1942
13913368       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 03 2016 01:33:34      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13854963       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 03 2016 01:33:04      Fingerhut & Web Bank,
                 c/o Midland Credit Management,   8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13839340        E-mail/Text: camanagement@mtb.com Sep 03 2016 01:32:46      M&T Bank,
                 1 Fountain Plaza, 3rd Floor,   Buffalo, NY 14203
13854974       +E-mail/Text: ebn@ltdfin.com Sep 03 2016 01:32:46     Macy's & Department Store National Bank,
                 c/o LTD Financial Services,   7322 Southwest Freeway,   Suite 1600,   Houston, TX 77074-2134
13854973       +E-mail/Text: bnc@alltran.com Sep 03 2016 01:32:38     Macy's & Department Store National Bank,
                 c/o United Recovery Systems,   5800 North Course Drive,   Houston, TX 77072-1613
13868601        E-mail/PDF: pa_dc_litigation@navient.com Sep 03 2016 01:23:25
                 Navient Solutions, Inc. on behalf of USAF,   Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
13893207        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 03 2016 01:31:46
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13876694        E-mail/Text: bankruptcynotices@psecu.com Sep 03 2016 01:33:28      PSECU,   P O BOX 67013,
                 HARRISBURGH, PA 17106-7013
13854978        E-mail/Text: bankruptcynotices@psecu.com Sep 03 2016 01:33:28
                 Pennsylvania State Employees FCU,   P.O. Box 67013,   Harrisburg, PA 17106-7013
13867667        E-mail/Text: bnc-quantum@quantum3group.com Sep 03 2016 01:32:48
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13848005        E-mail/PDF: rmscedi@recoverycorp.com Sep 03 2016 01:22:57
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13854983        E-mail/PDF: pa_dc_ed@navient.com Sep 03 2016 01:23:13     Sallie Mae & Dept. of Education,
                 P.O. Box 9635,   Wilkes Barre, PA 18773-9635
13854985        E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2016 01:23:21      Walmart,
                 c/o GE Capital Retail Bank,   P.O. Box 965023,   Orlando, FL 32896-5023
                                                                                              TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Brentwood
cr              Duquesne Light Company
cr              LSF9 Master Participation Trust
cr              Lakeview Loan Servicing, LLC
13854959*      +Doman Auto Sales,   1308 Edgebrook Ave,   Pittsburgh, PA 15226-1408
13854960*      +Duquesne Light,   411 Seventh Avenue,   Pittsburgh, PA 15219-1942
13854961*      +Duquesne Light,   411 Seventh Avenue,   Pittsburgh, PA 15219-1942
13854970*      +KML Law Group, P.C.,   Mellon Independence Center, Suite 5000,   701 Market Street,
                 Philadelphia, PA 19106-1538
13854971*      +Lakeview Loan Servicing, LLC,   4425 Ponce De Leon Blvd.,   Mailstop MS5/521,
                 Miami, FL 33146-1837
13854972*     ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   1100 WHERLE DRIVE,   WILLIAMSVILLE NY 14221-7748
               (address filed with court:   M&T Bank,   1 Fountain Plaza, 3rd Floor,   Buffalo, NY 14203)
13854980*       Peoples Gas,   PO Box 6766,   Pittsburgh, PA 15212-0766
                                                                                   TOTALS: 4, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2        User: jhel            Page 3 of 3          Date Rcvd: Sep 02, 2016
                            Form ID: pdf900       Total Noticed: 70
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2016 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor   LSF9 Master Participation Trust
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor   Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Jeffrey R. Hunt     on behalf of Creditor   Borough of Brentwood jhunt@grblaw.com,
           cnoroski@grblaw.com
          Kenneth Steidl     on behalf of Debtor Jeffery L. Round julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Kenneth Steidl     on behalf of Joint Debtor Deidra N. Round julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```