IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Bk. No. 14-21613 CMB |
| JEFFERY L. ROUND : | |
| DEIDRA N. ROUND A/K/A DEIDRA N. OBER- : | Chapter No. 13 |
| ROUND A/K/A DEIDRA N. OBER : | |
| Debtors : | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **LSF9 MASTER PARTICIPATION TRUST** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, with regards to the real property, located at 3116 WILLETT ROAD, PITTSBURGH, PA 15227 with the mortgage recorded on November 14, 2011 Book 40136, Page 445, Instrument Number 2011-94340 demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtors or the property on which Creditor holds a first mortgage lien.

February 16, 2017    /s/ Jeremy J. Kobeski, Esquire
Jeremy J. Kobeski, Esq., Id. No.94503
Phelan Hallinan Diamond & Jones, LLP
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31574
Fax Number: 215-568-7616
Email: jeremy.kobeski@phelanhallinan.com