**Form 410**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jeffery L. Round**
**Deidra N. Round**
**aka Deidra N. Ober–Round, fka Deidra N. Ober**
   Debtor(s)

Bankruptcy Case No.: 14–21613–CMB

Chapter: 13
Docket No.: 92 – 91
Concil. Conf.: November 9, 2017 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **October 6, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 23, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **November 9, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 22, 2017

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-21613-CMB
Jeffery L. Round                                                      Chapter 13
Deidra N. Round
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel            Page 1 of 3            Date Rcvd: Aug 22, 2017
                             Form ID: 410           Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2017.
```
db/jdb       +Jeffery L. Round,   Deidra N. Round,   3116 Willett Road,   Pittsburgh, PA 15227-3042
sp           +Daniel P. Joyce,   1301 Grant Building,   310 Grant Street,   Pittsburgh, PA 15219-2213
cr           +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr           +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
13854943     +AT&T Mobility,   c/o Bay Area Credit Services,   1000 Abernathy Road N. E.,   Suite 195,
               Atlanta, GA 30328-5612
13920930      American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
               Los Angeles, CA  90051-5478
13854944      Baldwin-Whitehall School District,   c/o Berkheimer Tax Administrator,   PO Box 25153,
               Lehigh Valley, PA 18002-5153
13854946      Barclay's Bank,   c/o Northstar Location Services,   4285 Genesee Street,
               Buffalo, NY 14225-1943
13854945      Barclay's Bank,   c/o Card Services,   P.O. Box 13337,   Philadelphia, PA 19101-3337
13854947     +Best Buy Credit Service,   P.O. Box 790441,   Saint Louis, MO 63179-0441
13854948     +Borough of Brentwood,   c/o Jordan Tax Services,   102 Rahway Road,   Canonsburg, PA 15317-3349
13886558     +Borough of Brentwood,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13854952     +Capital One Bank,   c/o Professional Recovery Services Inc.,   P.O. Box 1880,
               Voorhees, NJ 08043-7880
13854950      Capital One Bank,   c/o Sunrise Credit Services,   P.O. Box 9100,   Farmingdale, NY 11735-9100
13854951      Capital One Bank,   P.O. Box 71083,   Charlotte, NC 28272-1083
13854953     +Citibank,   P.O. Box 6077,   Sioux Falls, SD 57117-6077
13854955      Creditech,   PO Box 20330,   Lehigh Valley, PA 18002-0330
13850508     +Department Stores National Bank/Macys,   Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
13854958     +Disney Movie Club,   c/o North Shore Agency Inc.,   270 Spagnoli Road,   Suite 110,
               Melville, NY 11747-3515
13839336     +Doman Auto Sales,   1308 Edgebrook Ave,   Pittsburgh, PA 15226-1408
13854962      Fingerhut,   P.O. Box 166,   Newark, NJ 07101-0166
13854964      JB Robinson & Brightwater Capital,   c/o Smith & Cohen,   P.O. Box 1646,
               Southgate, MI 48195-0646
13854969      JRMC Diagnostic Services,   P.O. Box 182504,   Columbus, OH 43218-2504
13854966      Jefferson Regional Medical Center,   P. O. Box 3475,   Toledo, OH 43607-0475
13854967      Jefferson Regional Medical Center,   P.O. Box 643054,   Pittsburgh, PA 15264-3054
13854968      Jefferson Regional Medical Center,   c/o CBCS,   P.O. Box 2724,   Columbus, OH 43216-2724
13839338     +KML Law Group, P.C.,   Mellon Independence Center, Suite 5000,   701 Market Street,
               Philadelphia, PA 19106-1538
14218716     +LSF9 Master Participation Trust,   P.O.Box 24330,   Oklahoma City, OK 73124-0330
14052230      LSF9 Master Participation Trust,,   P.O. Box 24430, Oklahoma City, OK 73124
13839339     +Lakeview Loan Servicing, LLC,   4425 Ponce De Leon Blvd.,   Mailstop MS5/521,
               Miami, FL 33146-1837
13879682     +Lakeview Loan Servicing, LLC,   M&T Bank,   Attn: Bev Inglalsbe,   1100 Wehrle Drive,
               Williamsville, NY 14221-7748
13925814      Navient Solutions, Inc.,   Department of Education Loan Services,   P.O. Box 9635,
               Wilkes-Barre, PA 18773-9635
13854975     +New Book of Knowledge Book Club &,   Beginning Readers Book Club,   c/o RJM Acquisitions,
               575 Underhill Boulevard, Suite 224,   Syosset, NY 11791-3416
13854976     +Novacare Rehabilitation,   400 Technology Drive,   Suite 240,   Canonsburg, PA 15317-9575
13854977      PA American Water Company,   P. O. Box 371412,   Pittsburgh, PA 15250-7412
13854979     +Pennsylvania State Employees FCU,   c/o Account Services,   1802 North East Loop 410, Suite 400,
               San Antonio, TX 78217-5221
13839341     #Peoples Gas,   PO Box 6766,   Pittsburgh, PA 15212-0766
13854981      Peoples Gas Company & Equitable Gas,   P.O. Box 371820,   Pittsburgh, PA 15250-7820
13854982     +Preferred Primary Care Physicians,   Manor Oak Two,   1910 Cochran Road, Suite 490,
               Pittsburgh, PA 15220-1203
14218709     +Secretaty of Housing and Urban Development,   451 7th Street, S.W.,   Washington, DC 20410-0002
13854984     +US Career Institute,   c/o USCB Accounts Receivable Management,   P.O. Box 1259,   Dept. 25271,
               Oaks, PA 19456-1259
13854986      Walmart,   c/o FMS Inc.,   P.O. Box 707600,   Tulsa, OK 74170-7600
13854987      Walmart,   c/o CAC Financial Corporation,   2601 North West Expressway,   Suite 1000 E,
               Oklahoma City, OK 73112-7236
13854988      Walmart & GE Capital,   c/o Monarch Recovery Management,   P.O. Box 21089,
               Philadelphia, PA 19114-0589
13854989      West Jefferson Hills S.D.,   and Pleasant Hills Borough,   c/o PA Municipal Service Co.,
               336 Delaware Avenue Dept. W-46,   Oakmont, PA 15139-2138
```

```
District/off: 0315-2          User: jhel           Page 2 of 3            Date Rcvd: Aug 22, 2017
                              Form ID: 410          Total Noticed: 71


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 23 2017 01:34:48
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
13866759        +E-mail/Text: bncmail@w-legal.com Aug 23 2017 01:32:51      ALTAIR OH XIII, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13854942        +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 23 2017 01:33:09      Allstate Insurance,
                c/o Credit Collection Services,    2 Wells Avenue,    Newton Center, MA 02459-3225
13843708         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2017 01:34:10
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
13844154        +E-mail/Text: ebn@squaretwofinancial.com Aug 23 2017 01:32:59      CACH, LLC,
                4340 S. Monaco Street,    2nd Floor,    Denver, CO 80237-3485
13863347        +E-mail/Text: bncmail@w-legal.com Aug 23 2017 01:32:51      CERASTES, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13854949         E-mail/Text: cms-bk@cms-collect.com Aug 23 2017 01:32:28      Capital Management Services,
                698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
13854954        +E-mail/Text: bnc@alltran.com Aug 23 2017 01:32:23      Citibank,   c/o United Recovery Systems,
                5800 North Course Drive,    Houston, TX 77072-1613
13854957         E-mail/Text: mrdiscen@discover.com Aug 23 2017 01:32:22      Discover Card,    P.O. Box 30943,
                Salt Lake City, UT 84130
13854956         E-mail/Text: EBNProcessing@afni.com Aug 23 2017 01:32:49      Direct TV,   c/o Afni Inc.,
                1310 MLK Drive,    P.O. Box 3517,    Bloomington, IL 61702-3517
13849151         E-mail/Text: mrdiscen@discover.com Aug 23 2017 01:32:22      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13839337        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 23 2017 01:33:11      Duquesne Light,
                411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13913368        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 23 2017 01:33:11      Duquesne Light Company,
                c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
13854963        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2017 01:32:42      Fingerhut & Web Bank,
                c/o Midland Credit Management,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13854965         E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2017 01:34:25      JC Penney,
                c/o Advanced Call Center Technologies,    P.O. Box 9091,    Johnson City, TN 37615-9091
13839340         E-mail/Text: camanagement@mtb.com Aug 23 2017 01:32:29      M&T Bank,
                1 Fountain Plaza, 3rd Floor,    Buffalo, NY 14203
13854974        +E-mail/Text: ebn@ltdfin.com Aug 23 2017 01:32:28      Macy's & Department Store National Bank,
                c/o LTD Financial Services,    7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
13854973        +E-mail/Text: bnc@alltran.com Aug 23 2017 01:32:22      Macy's & Department Store National Bank,
                c/o United Recovery Systems,    5800 North Course Drive,    Houston, TX 77072-1613
13868601         E-mail/PDF: pa_dc_litigation@navient.com Aug 23 2017 01:34:09
                Navient Solutions, Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,
                P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
13893207         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2017 01:40:13
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13876694         E-mail/Text: bankruptcynotices@psecu.com Aug 23 2017 01:33:02      PSECU,    P O BOX 67013,
                HARRISBURGH, PA 17106-7013
13854978         E-mail/Text: bankruptcynotices@psecu.com Aug 23 2017 01:33:02
                Pennsylvania State Employees FCU,    P.O. Box 67013,    Harrisburg, PA 17106-7013
13867667         E-mail/Text: bnc-quantum@quantum3group.com Aug 23 2017 01:32:30
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13848005         E-mail/PDF: rmscedi@recoverycorp.com Aug 23 2017 01:34:27
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13854983         E-mail/PDF: pa_dc_ed@navient.com Aug 23 2017 01:34:50      Sallie Mae & Dept. of Education,
                P.O. Box 9635,    Wilkes Barre, PA 18773-9635
13854985         E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2017 01:34:25      Walmart,
                c/o GE Capital Retail Bank,    P.O. Box 965023,    Orlando, FL 32896-5023
                                                                                          TOTAL: 26


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Brentwood
cr              Duquesne Light Company
cr              LSF9 Master Participation Trust
cr              Lakeview Loan Servicing, LLC
13854959*       +Doman Auto Sales,    1308 Edgebrook Ave,    Pittsburgh, PA 15226-1408
13854960*       +Duquesne Light,    411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13854961*       +Duquesne Light,    411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13854970*       +KML Law Group, P.C.,    Mellon Independence Center, Suite 5000,    701 Market Street,
                Philadelphia, PA 19106-1538
13854971*       +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    Mailstop MS5/521,
                Miami, FL 33146-1837
13854972*       ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                (address filed with court: M&T Bank,    1 Fountain Plaza, 3rd Floor,    Buffalo, NY 14203)
13854980*        Peoples Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
                                                                              TOTALS: 4, * 7, ## 0
```

```
District/off: 0315-2          User: jhel           Page 3 of 3             Date Rcvd: Aug 22, 2017
                             Form ID: 410          Total Noticed: 71
```

                    ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    LSF9 Master Participation Trust
          agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         James  Warmbrodt    on behalf of Creditor    LSF9 Master Participation Trust bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood jhunt@grblaw.com,
          cnoroski@grblaw.com
         Jeremy J. Kobeski    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
         Kenneth  Steidl    on behalf of Debtor Jeffery L. Round julie.steidl@steidl-steinberg.com,
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
          nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
          tcase.com
         Kenneth  Steidl    on behalf of Joint Debtor Deidra N. Round julie.steidl@steidl-steinberg.com,
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
          nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
          tcase.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                        TOTAL: 12