# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | JEFFERY L. & DEIDRA N. ROUND |
| **Case Number:** | 14-21613-CMB    Chapter: 13 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 09, 2017 09:00 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
11/13/17 10:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#92 - Trustee's Certificate of Default to Dismiss
    +Debtor's Affidavit and Proof of Payment
R / M #:  92 / 0

### *Appearances:*

*K. Sleidl*

Debtor:
Trustee:  Winnecour / Bedford / (Pail) / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
        Objections are due on or before _____.
        A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other: *Resolved through Recommended Order*

11/3/2017  10:00:08 AM