**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/16/2018

IN RE:

JEFFERY L. ROUND
DEIDRA N. ROUND
3116 WILLETT ROAD
PITTSBURGH, PA  15227
XXX-XX-8527          Debtor(s)

XXX-XX-2007

Case No. 14-21613 CMB

Chapter 13

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/16/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **DUQUESNE LIGHT COMPANY\*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %: 0.00% <br> Court Claim Number:17 <br> CLAIM: 521.60 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7001 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING** <br> PO BOX 788 <br> KIRKLAND, WA  98083-0788 | Trustee Claim Number:2   INT %: 0.00% <br> Court Claim Number:7 <br> CLAIM: 223.14 <br> COMMENT: WALMART | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6759 |
| **ANDREW F GORNALL ESQ** <br> KML LAW GROUP PC <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA  19106 | Trustee Claim Number:3   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: LAKEVIEW LOAN SVCNG/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **BRENTWOOD BORO - SEWAGE\*** <br> 3624 BROWNSVILLE RD  (DLNT YRS) <br> PITTSBURGH, PA  15227 | Trustee Claim Number:4   INT %: 10.00% <br> Court Claim Number:13 <br> CLAIM: 79.88 <br> COMMENT: 137H152*14*$CL-PL@10%*W/39 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: H152 |
| **DOMAN AUTO & MARINE SALES INC** <br> 1308 EDGEBROOK AVE <br> PITTSBURGH, PA  15226 | Trustee Claim Number:5   INT %: 5.00% <br> Court Claim Number:19 <br> CLAIM: 952.81 <br> COMMENT: SURR/PL*6454/CL | CRED DESC: VEHICLE <br> ACCOUNT NO.: 5811 |
| **LSF9 MASTER PARTICIPATION TRUST** <br> C/O CALIBER HOME LOANS INC - SVCR <br> PO BOX 24330 <br> OKLAHOMA CITY, OK  73124 | Trustee Claim Number:6   INT %: 0.00% <br> Court Claim Number:12 <br> CLAIM: 0.00 <br> COMMENT: PMT/DECL*BGN 5/14*1041.94/PL*DK4PMT-LMT*FR LAKEVIEW*D68*FR HUD*D70 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 0487 |
| **BALDWIN-WHITEHALL SD (WHITEHALL) (EIT)** <br> C/O JORDAN TAX SVC - DLNQ YRS <br> 102 RAHWAY RD <br> MCMURRAY, PA  15317 | Trustee Claim Number:7   INT %: 0.00% <br> Court Claim Number:NC <br> CLAIM: 74.15 <br> COMMENT: 10*$@0%/PL | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 8527 |
| **WEST JEFFERSON HILLS SD (PLEASANT HILLS)** <br> C/O PA MUNICIPAL SVC CO - PRE-2012 YRS\*\* <br> 336 DELAWARE AVE <br> OAKMONT, PA  15139 | Trustee Claim Number:8   INT %: 0.00% <br> Court Claim Number:21 <br> CLAIM: 1,209.91 <br> COMMENT: 07-09*$CL-PL@SD-BORO/PL | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 8527 |
| **CREDIT COLLECTION SERVICE** <br> POB 773 <br> NEEDHAM, MA  02494 | Trustee Claim Number:9   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~ALLSTATE INS/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **BAY AREA CREDIT SERVICE** <br> POB 467600 <br> ATLANTA, GA  31146 | Trustee Claim Number:10  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~ATT MOBILITY/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 1,005.90<br>COMMENT: BARCLAYS BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8277 |
| **BEST BUY++**<br>POB 17298<br>BALTIMORE, MD 21297 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1925 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 398.34<br>COMMENT: CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2037 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 1,006.21<br>COMMENT: CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6145 |
| **ALTAIR OH XIII LLC**<br>C/O WEINSTEIN PINSON & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 3,470.50<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0518 |
| **AMERICAN INFOSOURCE LP - AGENT DIRECTV**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 574.61<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6160 |
| **DISCOVER BANK(*)**<br>C/O DB SERVICING CORP<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 2,097.34<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1961 |
| **NORTH SHORE AGENCY++**<br>POB 4945<br>TRENTON, NJ 08650-4945 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DISNEY MOVIE CLUB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7001 |
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FU**<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 658.57<br>COMMENT: 5624/SCH*WEBBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4647 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  658.04<br>COMMENT:  JB ROBINSON | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9371 |
| **CACH LLC\*\***<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  638.63<br>COMMENT:  GECRB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1009 |
| **JEFFERSON REGIONAL MEDICAL SVC**<br>POB 3475<br>TOLEDO, OH  43607-0475 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **JRMC DIAGNOSTIC SERVICES**<br>DEPARTMENT L-3247<br>COLUMBUS, OH  43260-0001 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA  30091 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  245.96<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8267 |
| **RJM ACQUISITIONS LLC\*++**<br>575 UNDERHILL BLVD STE 224<br>SYOSSET, NY  11791 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NEW BOOK OF KNWLDG BOOK CLUB~BEGINNERS READERS BOOK CLUB/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **NOVACARE REHABILITATION**<br>POB 643361<br>PITTSBURGH, PA  15264-3361 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PA AMERICAN WATER(\*) AKA AMERICAN WATER**<br>PO BOX 371412<br>PITTSBURGH, PA  15250 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1636 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA  17106-7013 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  6,323.04<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8527 L10 |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  1,015.45<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 006916548000018 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA  15212 | Trustee Claim Number: 31  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0018 |
| **PREFERRED PRIMARY CARE PHYSICIANS** <br> 1910 COCHRAN RD STE 490 <br> MANOR OAK TWO <br> PITTSBURGH, PA  15220-1203 | Trustee Claim Number: 32  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **GLHEC & AFFILIATES: GLHEGC NELA USAF** <br> PO BOX 809142 <br> CHICAGO, IL  60680 | Trustee Claim Number: 33  INT %: 0.00% <br> Court Claim Number: 9-3 <br> CLAIM: 3,406.62 <br> COMMENT: AMD*FR NAVIENT/USAF*DOC 100, 106 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2007 |
| **USCB++** <br> POB 5250 <br> FULLERTON, CA  92838-0250 | Trustee Claim Number: 34  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~US CAREER INST/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **LSF9 MASTER PARTICIPATION TRUST** <br> C/O CALIBER HOME LOANS INC - SVCR <br> PO BOX 24330 <br> OKLAHOMA CITY, OK  73124 | Trustee Claim Number: 35  INT %: 0.00% <br> Court Claim Number: 12 <br> CLAIM: 15,149.30 <br> COMMENT: THRU 4/14*$CL-AMD PL*FR LAKEVIEW*D68*FR HUD*DOC 70 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 0487 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING** <br> PO BOX 788 <br> KIRKLAND, WA  98083-0788 | Trustee Claim Number: 36  INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 820.93 <br> COMMENT: WAL MART | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1816 |
| **EQUITABLE GAS CO(*)** <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA  15212 | Trustee Claim Number: 37  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: /PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **ANDREW F GORNALL ESQ** <br> KML LAW GROUP PC <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA  19106 | Trustee Claim Number: 38  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: LSF9 MSTR PRTCPTN/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **BRENTWOOD BORO - SEWAGE*** <br> 3624 BROWNSVILLE RD  (DLNT YRS) <br> PITTSBURGH, PA  15227 | Trustee Claim Number: 39  INT %: 0.00% <br> Court Claim Number: 13 <br> CLAIM: 6.85 <br> COMMENT: $CL-PL*W/4 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 137-H-152; 2014*NON INT |
| **WEST JEFFERSON HILLS SD (PLEASANT HILLS** <br> C/O PA MUNICIPAL SVC CO - PRE-2012 YRS** <br> 336 DELAWARE AVE <br> OAKMONT, PA  15139 | Trustee Claim Number: 40  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **NAVIENT SOLUTIONS INC O/B/O DEPARTMENT** | Trustee Claim Number:41  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 740351 | Court Claim Number:20 | ACCOUNT NO.: 2007 |
| | CLAIM: 16,851.75 | |
| ATLANTA, GA  30374-0351 | COMMENT: NUM NT/SCH*GU OKAY | |
| **UNITED STUDENT AID FUNDS INC (USAF)** | Trustee Claim Number:42  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O GREAT LAKES HIGHER EDU GUAR CORP | Court Claim Number:9-2 | ACCOUNT NO.: 2007 |
| PO BOX 809142 | | |
| | CLAIM: 0.00 | |
| CHICAGO, IL  60680 | COMMENT: W/33*IMPROPER AMD CL REPL BY ORIGINAL | |