IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 14-21613 CMB |
| ) | Chapter 13 |
| JEFFERY L. ROUND ) | Docket No. 112 |
| DEIDRA N. ROUND ) | |
| FKA DEIDRA N. OBER ) | |
| AKA DEIDRA N. OBER-ROUND, ) | |
| *Debtor(s)* ) | |
| ) | |
| JEFFERY L. ROUND ) | |
| DEIDRA N. ROUND ) | |
| FKA DEIDRA N. OBER ) | |
| AKA DEIDRA N. OBER-ROUND, ) | |
| *Movant(s)* ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA J. WINNECOUR, ESQ., TRUSTEE ) | |
| *Respondents* ) | |

## CONSENT ORDER OF COURT

AND NOW, to wit, this ___17th___ day of ___April___, 2019, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtors are approved to obtain a loan for no more than $25,000.00, with a monthly payment of no more than $450.00 and an interest rate of no more than 21% to be used to purchase a new or used motor vehicle;

2. The Debtors' current vehicle, a 2002 Chevrolet Malibu, which the Debtors purchased with cash post-petition, is no longer operational. The Debtors are permitted to sell the vehicle for scrap for a value or utilize the vehicle as a trade-in toward new financing;

3. The vehicle must be purchased within 30 days of the date of this order;

4. The Debtors will file a report of financing within 10 days of purchase of the vehicle;

5. The Debtors are permitted to pay the vehicle loan outside of the Chapter 13 plan because the plan completes in April 2019.

FILED
4/17/19 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Honorable Carlota M. Bohm
U.S. Bankruptcy Judge


/s/ Jana Pail/s/ Kenneth Steidl
Jana Pail, EsquireKenneth Steidl, Esquire
Office of the Chapter 13 TrusteeAttorney for the Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeffery L. Round  
Deidra N. Round  
    Debtors

Case No. 14-21613-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Apr 17, 2019  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2019.  
db/jdb       +Jeffery L. Round,    Deidra N. Round,    3116 Willett Road,    Pittsburgh, PA 15227-3042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2019 at the address(es) listed below:

         Andrew F Gornall     on behalf of Creditor     Lakeview Loan Servicing, LLC  
          andygornall@latouflawfirm.com  
         Andrew F Gornall     on behalf of Creditor     LSF9 Master Participation Trust  
          andygornall@latouflawfirm.com  
         James Warmbrodt     on behalf of Creditor     LSF9 Master Participation Trust   bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt     on behalf of Creditor     Borough of Brentwood   jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Jeremy J. Kobeski     on behalf of Creditor     LSF9 Master Participation Trust   pawb@fedphe.com  
         Kenneth Steidl     on behalf of Debtor Jeffery L. Round   julie.steidl@steidl-steinberg.com,  
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
         Kenneth Steidl     on behalf of Joint Debtor Deidra N. Round   julie.steidl@steidl-steinberg.com,  
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft     on behalf of Creditor     Duquesne Light Company   pashcroft@bernsteinlaw.com,  
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         S. James Wallace     on behalf of Creditor     Peoples Natural Gas Company LLC   sjw@sjwpgh.com,  
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
         S. James Wallace     on behalf of Creditor     Equitable Gas Bankruptcy Department   sjw@sjwpgh.com,  
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                          TOTAL: 12