IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  14-21613 CMB |
| | ) | Chapter 13 |
| JEFFERY L. ROUND | ) | Related Docket No. 113 |
| DEIDRA N. ROUND | ) | |
| FKA DEIDRA N. OBER | ) | |
| AKA DEIDRA N. OBER-ROUND, | ) | |
| *Debtor(s)* | ) | |
| | ) | |
| JEFFERY L. ROUND | ) | |
| DEIDRA N. ROUND | ) | |
| FKA DEIDRA N. OBER | ) | |
| AKA DEIDRA N. OBER-ROUND, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RONDA J. WINNECOUR, ESQ., TRUSTEE | ) | |
| *Respondent(s)* | ) | |

## REPORT OF FINANCING

AND NOW, come the Debtors, Jeffrey L. Round and Deidra N. Round, by and through their attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1.    On April 17, 2019, this Honorable Court entered an order at Docket No.113, approving the Debtors request to finance a new vehicle

2.    The Court Order requires that the Debtors file a Report of Financing within ten days of the purchase of vehicle.

3.    The Debtors purchased a 2016 Lincoln MKC, by way of financing through Bridgecrest Acceptance Corporation.

4.    The vehicle was purchased from Drivetime Baldwin.

5.      The total amount of financing is $23,964.79 to be paid at an interest rate of

10.134%.

6.       The monthly loan payment is $442.89 for 71 months.

7.      The monthly loan payments begin May 13, 2019.

8.      The Debtors are permitted to pay the loan outside of the plan per the Court

Order dated April 17, 2019.

WHEREFORE, the Debtors, Jeffrey L. Round and Deidra N. Round, respectfully

file this Report of Financing.

Respectfully submitted,


May 7, 2019                      /s/ Kenneth Steidl
DATE                             Kenneth Steidl, Esquire
                                 Attorney for the Debtor(s)

                                 STEIDL & STEINBERG
                                 Suite 2830 – Gulf Tower
                                 707 Grant Street
                                 Pittsburgh, PA  15219
                                 (412) 391-8000
                                 ken.steidl@steidl-steinberg.com
                                 PA I.D. No. 34965