**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jeffery L. Round**
**Deidra N. Round**
**aka Deidra N. Ober–Round, fka Deidra N. Ober**
   Debtor(s)

Bankruptcy Case No.: 14–21613–CMB
Related to Dkt. No. 116
Chapter: 13
Docket No.: 117 – 116

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 30th of May, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/15/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/12/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/15/19.**


                                                    Carlota M. Bohm
                                                    United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 14-21613-CMB
Jeffery L. Round                                                Chapter 13
Deidra N. Round
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel          Page 1 of 3          Date Rcvd: May 30, 2019
                              Form ID: 408        Total Noticed: 73


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2019.
```
db/jdb      +Jeffery L. Round,   Deidra N. Round,   3116 Willett Road,   Pittsburgh, PA 15227-3042
sp          +Daniel P. Joyce,   1301 Grant Building,   310 Grant Street,   Pittsburgh, PA 15219-2213
cr          +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
cr          +GLHEC & Affiliates: GLHEGC, NELA, USAF,   PO Box 8961,   Madison, WI 53708-8961
cr          +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
13868601    ++ASCENDIUM EDUCATION SOLUTIONS  INC,   PO BOX 8961,   MADISON WI 53708-8961
             (address filed with court: Navient Solutions, Inc. on behalf of USAF,
             Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430)
13854943    +AT&T Mobility,   c/o Bay Area Credit Services,   1000 Abernathy Road N. E.,   Suite 195,
             Atlanta, GA 30328-5612
13920930     American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
             Los Angeles, CA  90051-5478
13854944     Baldwin-Whitehall School District,   c/o Berkheimer Tax Administrator,   PO Box 25153,
             Lehigh Valley, PA 18002-5153
13854946     Barclay's Bank,   c/o Northstar Location Services,   4285 Genesee Street,
             Buffalo, NY 14225-1943
13854945     Barclay's Bank,   c/o Card Services,   P.O. Box 13337,   Philadelphia, PA 19101-3337
13854947    +Best Buy Credit Service,   P.O. Box 790441,   Saint Louis, MO 63179-0441
13886558    +Borough of Brentwood,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
13854948    +Borough of Brentwood,   c/o Jordan Tax Services,   102 Rahway Road,   Canonsburg, PA 15317-3349
13854952    +Capital One Bank,   c/o Professional Recovery Services Inc.,   P.O. Box 1880,
             Voorhees, NJ 08043-7880
13854950     Capital One Bank,   c/o Sunrise Credit Services,   P.O. Box 9100,   Farmingdale, NY 11735-9100
13854953    +Citibank,   P.O. Box 6077,   Sioux Falls, SD 57117-6077
13854955     Creditech,   PO Box 20330,   Lehigh Valley, PA 18002-0330
13850508    +Department Stores National Bank/Macys,   Bankruptcy Processing,   Po Box 8053,
             Mason, OH 45040-8053
13854958    +Disney Movie Club,   c/o North Shore Agency Inc.,   270 Spagnoli Road,   Suite 110,
             Melville, NY 11747-3515
13839336    +Doman Auto Sales,   1308 Edgebrook Ave,   Pittsburgh, PA 15226-1408
14918758     GLHEC & Aff: GLHEGC, NELA, USAF,   PO Box 8961,   Madison WI 53708-8961
13854964     JB Robinson & Brightwater Capital,   c/o Smith & Cohen,   P.O. Box 1646,
             Southgate, MI 48195-0646
13854969     JRMC Diagnostic Services,   P.O. Box 182504,   Columbus, OH 43218-2504
13854967     Jefferson Regional Medical Center,   P.O. Box 643054,   Pittsburgh, PA 15264-3054
13854968     Jefferson Regional Medical Center,   c/o CBCS,   P.O. Box 2724,   Columbus, OH 43216-2724
13854966     Jefferson Regional Medical Center,   P. O. Box 3475,   Toledo, OH 43607-0475
13839338    +KML Law Group, P.C.,   Mellon Independence Center, Suite 5000,   701 Market Street,
             Philadelphia, PA 19106-1538
14218716    +LSF9 Master Participation Trust,   P.O.Box 24330,   Oklahoma City, OK 73124-0330
14052230     LSF9 Master Participation Trust,,   P.O. Box 24430,   Oklahoma City, OK 73124
13879682    +Lakeview Loan Servicing, LLC,   M&T Bank,   Attn: Bev Inglalsbe,   1100 Wehrle Drive,
             Williamsville, NY 14221-7748
13839339    +Lakeview Loan Servicing, LLC,   4425 Ponce De Leon Blvd.,   Mailstop MS5/521,
             Miami, FL 33146-1837
13854975    +New Book of Knowledge Book Club &,   Beginning Readers Book Club,   c/o RJM Acquisitions,
             575 Underhill Boulevard, Suite 224,   Syosset, NY 11791-3416
13854976    +Novacare Rehabilitation,   400 Technology Drive,   Suite 240,   Canonsburg, PA 15317-9575
13854977     PA American Water Company,   P. O. Box 371412,   Pittsburgh, PA 15250-7412
13854979    +Pennsylvania State Employees FCU,   c/o Account Services,   1802 North East Loop 410, Suite 400,
             San Antonio, TX 78217-5221
13854981     Peoples Gas Company & Equitable Gas,   P.O. Box 371820,   Pittsburgh, PA 15250-7820
13854982    +Preferred Primary Care Physicians,   Manor Oak Two,   1910 Cochran Road, Suite 490,
             Pittsburgh, PA 15220-1203
14218709    +Secretaty of Housing and Urban Development,   451 7th Street, S.W.,   Washington, DC 20410-0002
13854984    +US Career Institute,   c/o USCB Accounts Receivable Management,   P.O. Box 1259,   Dept. 25271,
             Oaks, PA 19456-1259
14804360     United Student Aid Funds, Inc (USAF),   PO Box 8961,   Madison WI 53708-8961
13854987     Walmart,   c/o CAC Financial Corporation,   2601 North West Expressway,   Suite 1000 E,
             Oklahoma City, OK 73112-7236
13854986     Walmart,   c/o FMS Inc.,   P.O. Box 707600,   Tulsa, OK 74170-7600
13854988     Walmart & GE Capital,   c/o Monarch Recovery Management,   P.O. Box 21089,
             Philadelphia, PA 19114-0589
13854989     West Jefferson Hills S.D.,   and Pleasant Hills Borough,   c/o PA Municipal Service Co.,
             336 Delaware Avenue Dept. W-46,   Oakmont, PA 15139-2138
```

```
District/off: 0315-2              User: jhel           Page 2 of 3              Date Rcvd: May 30, 2019
                                 Form ID: 408          Total Noticed: 73
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com May 31 2019 03:04:01
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
13866759       +E-mail/Text: bncmail@w-legal.com May 31 2019 03:07:52     ALTAIR OH XIII, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13854942       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 31 2019 03:08:23     Allstate Insurance,
                c/o Credit Collection Services,    2 Wells Avenue,    Newton Center, MA 02459-3225
13843708        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2019 03:17:37
                American InfoSource LP as agent for,   Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
13844154        E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2019 03:05:06     CACH, LLC,
                PO Box 10587,    Greenville, SC  29603-0587
13863347       +E-mail/Text: bncmail@w-legal.com May 31 2019 03:07:52     CERASTES, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13854949        E-mail/Text: cms-bk@cms-collect.com May 31 2019 03:07:12     Capital Management Services,
                698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
13854951        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2019 03:03:11     Capital One Bank,
                P.O. Box 71083,    Charlotte, NC 28272-1083
13854954       +E-mail/Text: bnc@alltran.com May 31 2019 03:07:00     Citibank,   c/o United Recovery Systems,
                5800 North Course Drive,    Houston, TX 77072-1613
13854957        E-mail/Text: mrdiscen@discover.com May 31 2019 03:06:59     Discover Card,   P.O. Box 30943,
                Salt Lake City, UT 84130
13854956        E-mail/Text: EBNProcessing@afni.com May 31 2019 03:07:51     Direct TV,   c/o Afni Inc.,
                1310 MLK Drive,    P.O. Box 3517,    Bloomington, IL 61702-3517
13849151        E-mail/Text: mrdiscen@discover.com May 31 2019 03:06:59     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13839337       +E-mail/Text: kburkley@bernsteinlaw.com May 31 2019 03:08:20     Duquesne Light,
                411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13913368       +E-mail/Text: kburkley@bernsteinlaw.com May 31 2019 03:08:20     Duquesne Light Company,
                c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
13854962        E-mail/Text: bnc-bluestem@quantum3group.com May 31 2019 03:08:10     Fingerhut,   P.O. Box 166,
                Newark, NJ 07101-0166
13854963       +E-mail/Text: bankruptcydpt@mcmcg.com May 31 2019 03:07:39     Fingerhut & Web Bank,
                c/o Midland Credit Management,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13854965        E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 03:04:45     JC Penney,
                c/o Advanced Call Center Technologies,    P.O. Box 9091,    Johnson City, TN 37615-9091
13839340        E-mail/Text: camanagement@mtb.com May 31 2019 03:07:13     M&T Bank,
                1 Fountain Plaza, 3rd Floor,    Buffalo, NY 14203
13854974       +E-mail/Text: ebn@ltdfin.com May 31 2019 03:07:13     Macy's & Department Store National Bank,
                c/o LTD Financial Services,    7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
13854973       +E-mail/Text: bnc@alltran.com May 31 2019 03:07:01     Macy's & Department Store National Bank,
                c/o United Recovery Systems,    5800 North Course Drive,    Houston, TX 77072-1613
13925814        E-mail/PDF: pa_dc_claims@navient.com May 31 2019 03:03:15     Navient Solutions, Inc.,
                Department of Education Loan Services,    P.O. Box 9635,    Wilkes-Barre, PA 18773-9635
13893207        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 03:03:14
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13876694        E-mail/Text: bankruptcynotices@psecu.com May 31 2019 03:08:11     PSECU,   P O BOX 67013,
                HARRISBURGH, PA 17106-7013
13854978        E-mail/Text: bankruptcynotices@psecu.com May 31 2019 03:08:11
                Pennsylvania State Employees FCU,    P.O. Box 67013,    Harrisburg, PA 17106-7013
13867667        E-mail/Text: bnc-quantum@quantum3group.com May 31 2019 03:07:25
                Quantum3 Group LLC as agent for,   MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13848005        E-mail/PDF: rmscedi@recoverycorp.com May 31 2019 03:03:15
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13854983        E-mail/PDF: pa_dc_ed@navient.com May 31 2019 03:03:16     Sallie Mae & Dept. of Education,
                P.O. Box 9635,    Wilkes Barre, PA 18773-9635
13854985        E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 03:03:52     Walmart,
                c/o GE Capital Retail Bank,    P.O. Box 965023,    Orlando, FL 32896-5023
                                                                                           TOTAL: 28


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Brentwood
cr              Duquesne Light Company
cr              LSF9 Master Participation Trust
cr              Lakeview Loan Servicing, LLC
cr*             CACH, LLC,   PO Box 10587,    Greenville, SC  29603-0587
13854959*      +Doman Auto Sales,    1308 Edgebrook Ave,    Pittsburgh, PA 15226-1408
13854960*      +Duquesne Light,    411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13854961*      +Duquesne Light,    411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13854970*      +KML Law Group, P.C.,    Mellon Independence Center, Suite 5000,    701 Market Street,
                Philadelphia, PA 19106-1538
13854971*      +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    Mailstop MS5/521,
                Miami, FL 33146-1837
```

```
District/off: 0315-2           User: jhel            Page 3 of 3          Date Rcvd: May 30, 2019
                               Form ID: 408          Total Noticed: 73


          ***** BYPASSED RECIPIENTS (continued) *****
13854972*    ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   626 COMMERCE DRIVE,   AMHERST NY 14228-2307
             (address filed with court:  M&T Bank,   1 Fountain Plaza, 3rd Floor,   Buffalo, NY 14203)
13854980*     Peoples Gas,   PO Box 6766,   Pittsburgh, PA 15212-0766
13839341     ##Peoples Gas,   PO Box 6766,   Pittsburgh, PA 15212-0766
                                                                         TOTALS: 4, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    LSF9 Master Participation Trust
           andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
           andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    LSF9 Master Participation Trust bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeremy J. Kobeski    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
          Kenneth  Steidl    on behalf of Debtor Jeffery L. Round julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Kenneth  Steidl    on behalf of Joint Debtor Deidra N. Round julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                         TOTAL: 12
```