IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | ) | |
|---|---|---|
| | ) | Case No. 14-21613 CMB |
| Jeffery L. Round | ) | Chapter 13 |
| Deidra N. Round, | ) | Docket No. |
| *Debtors* | ) | |
| | ) | |
| Jeffery L. Round | ) | |
| Deidra N. Round, | ) | |
| *Movants* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On April 2, 2019 at docket numbers 110 and 111, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


6-1-19                                                          /s/ Deidra Round
Date                                                           Debtor


6-1-19                                                          /s/ Jeffery Round
Date                                                           Debtor

Respectfully submitted,

<u>6/1/19</u>                              <u>/s/ Kenneth Steidl</u>
DATE                              Kenneth Steidl, Esquire
                                      Attorney for the Debtor
                                      STEIDL & STEINBERG
                                      707 Grant Street
                                      Suite 2830, Gulf Tower
                                      Pittsburgh, PA 15219
                                      (412) 391-8000
                                      Ken.steidl@steidl-steinberg.com
                                      PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**