**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JEFFERY L. ROUND** |
| Debtor 2 (Spouse, if filing) | **DEIDRA N. ROUND** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **14-21613CMB** |

Form 4100N
# Notice of Final Cure Payment                                    10/15

File a separate notice for each creditor.

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

## Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | LSF9 MASTER PARTICIPATION TRUST |
| Court claim no. (if known): | 12 |
| Last 4 digits of any number you use to identify the debtor's account | 0 4 8 7 |
| Property Address: | 3116 WILLET RD<br>PITTSBURGH PA 15227 |

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:**       Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 15,149.30 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 15,149.30 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 15,149.30 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

| | |
|---|---|
| Current monthly mortgage payment | $  $913.33 |
| The next postpetition payment is due on | 6 / 1 / 2019 (MM/DD/YYYY) |

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N                         **Notice of Final Cure Payment**                         page 1

| Debtor 1 | **JEFFERY L. ROUND** | Case number *(if known)* | **14-21613CMB** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**X** /s/ Ronda J. Winnecour          Date  06/07/2019
Signature

| Trustee | Ronda J. Winnecour |
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com |

| Debtor 1 | JEFFERY L. ROUND | | Case number *(if known)* | 14-21613CMB |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 07/26/2016 | 1005954 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,605.67 |
| 08/26/2016 | 1009952 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 457.67 |
| 09/27/2016 | 1013972 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 141.72 |
| 12/15/2016 | 1009952 | LSF9 MASTER PARTICIPATION TRUST | CANCELLED CHECK TO CREDITOR/PRINC | -457.67 |
| 12/15/2016 | 1022606 | LSF9 MASTER PARTICIPATION TRUST | PREWRITTEN CHECK TO CREDITOR/PRIN | 457.67 |
| 03/28/2017 | 1034773 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 3,433.08 |
| 02/23/2018 | 1071236 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 121.24 |
| 03/28/2018 | 1074431 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,002.53 |
| 04/24/2018 | 1077668 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 53.24 |
| 07/26/2018 | 1087290 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,923.02 |
| 11/27/2018 | 1100023 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,838.31 |
| 03/25/2019 | 1112879 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 3,276.04 |
| 04/26/2019 | 1116172 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 296.78 |
| | | | | 15,149.30 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 07/24/2014 | 0903471 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 2,158.42 |
| 10/29/2014 | 0915681 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,080.45 |
| 11/11/2014 | 0915681 | LAKEVIEW LOAN SERVICING LLC | CANCELLED CHECK TO CREDITOR/CONT | -1,080.45 |
| 05/24/2016 | 0993220 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 22,376.29 |
| 06/27/2016 | 1001983 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 773.72 |
| 07/26/2016 | 1005954 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 3,635.34 |
| 08/26/2016 | 1009952 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,041.94 |
| 09/27/2016 | 1013972 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,041.94 |
| 10/26/2016 | 1017845 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 668.80 |
| 11/21/2016 | 1021154 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,335.60 |
| 12/15/2016 | 1009952 | LSF9 MASTER PARTICIPATION TRUST | CANCELLED CHECK TO CREDITOR/CONT | -1,041.94 |
| 12/15/2016 | 1022606 | LSF9 MASTER PARTICIPATION TRUST | PREWRITTEN CHECK TO CREDITOR/CON | 1,041.94 |
| 12/21/2016 | 1024451 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 267.12 |
| 01/27/2017 | 1027921 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,283.88 |
| 02/24/2017 | 1031334 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 669.90 |
| 03/28/2017 | 1034773 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,026.34 |
| 04/17/2017 | 1024451 | LSF9 MASTER PARTICIPATION TRUST | CANCELLED CHECK TO CREDITOR/CONT | -267.12 |
| 04/17/2017 | 1036277 | LSF9 MASTER PARTICIPATION TRUST | PREWRITTEN CHECK TO CREDITOR/CON | 267.12 |
| 07/25/2017 | 1048045 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,147.35 |
| 08/25/2017 | 1051381 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,735.20 |
| 10/25/2017 | 1058068 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,520.04 |
| 12/21/2017 | 1064623 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,606.08 |
| 01/25/2018 | 1068062 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,625.20 |
| 02/23/2018 | 1071236 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,165.59 |
| 03/28/2018 | 1074431 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 903.45 |
| 04/24/2018 | 1077668 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 903.45 |
| 06/22/2018 | 1084075 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 683.80 |
| 07/26/2018 | 1087290 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,041.07 |
| 09/25/2018 | 1093636 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,248.04 |
| 10/29/2018 | 1096885 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 952.00 |
| 11/27/2018 | 1100023 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,423.44 |
| 02/25/2019 | 1109586 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,717.61 |
| 03/25/2019 | 1112879 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 905.87 |
| 04/26/2019 | 1116172 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 928.25 |
| | | | | 59,785.73 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

JEFFERY L. ROUND
DEIDRA N. ROUND
3116 WILLETT ROAD
PITTSBURGH, PA  15227

KENNETH STEIDL ESQ
STEIDL & STEINBERG
707 GRANT ST STE 2830
PITTSBURGH, PA  15219

LSF9 MASTER PARTICIPATION TRUST
C/O CALIBER HOME LOANS INC - SVCR
PO BOX 24330
OKLAHOMA CITY, OK  73124

JEREMY J KOBESKI ESQ
PHELAN HALLINAN ET AL
OMNI WILLIAM PENN OFFICE TOWER
555 GRANT ST STE 300
PITTSBURGH, PA  15219

RAS CRANE LLC
10700 ABOTT'S BRIDGE RD STE 170
DULUTH, GA  30097


6/7/19                                          /s/ Roberta Saunier
                                                Administrative Assistant
                                                Office of the Chapter 13 Trustee