**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jeffery L. Round** | Social Security number or ITIN  **xxx–xx–8527** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Deidra N. Round** | Social Security number or ITIN  **xxx–xx–2007** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **14–21613–CMB**

# Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeffery L. Round                                    Deidra N. Round
                                                    aka Deidra N. Ober–Round, fka Deidra N. Ober

_8/7/19_                                            **By the court:**    _Carlota M. Bohm_
                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 14-21613-CMB
Jeffery L. Round                                                   Chapter 13
Deidra N. Round
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: aala              Page 1 of 3              Date Rcvd: Aug 07, 2019
                             Form ID: 3180W          Total Noticed: 74
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
```
db/jdb         +Jeffery L. Round,   Deidra N. Round,   3116 Willett Road,   Pittsburgh, PA 15227-3042
sp             +Daniel P. Joyce,   1301 Grant Building,   310 Grant Street,   Pittsburgh, PA 15219-2213
cr             +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +GLHEC & Affiliates: GLHEGC, NELA, USAF,   PO Box 8961,   Madison, WI 53708-8961
cr             +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
13868601      ++ASCENDIUM EDUCATION SOLUTIONS INC,   PO BOX 8961,   MADISON WI 53708-8961
                (address filed with court: Navient Solutions, Inc. on behalf of USAF,
                 Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430)
13854943       +AT&T Mobility,   c/o Bay Area Credit Services,   1000 Abernathy Road N. E.,   Suite 195,
                 Atlanta, GA 30328-5612
13920930        American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
                 Los Angeles, CA 90051-5478
13854944        Baldwin-Whitehall School District,   c/o Berkheimer Tax Administrator,   PO Box 25153,
                 Lehigh Valley, PA 18002-5153
13854946        Barclay's Bank,   c/o Northstar Location Services,   4285 Genesee Street,
                 Buffalo, NY 14225-1943
13854947       +Best Buy Credit Service,   P.O. Box 790441,   Saint Louis, MO 63179-0441
13886558       +Borough of Brentwood,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13854948       +Borough of Brentwood,   c/o Jordan Tax Services,   102 Rahway Road,   Canonsburg, PA 15317-3349
13854952       +Capital One Bank,   c/o Professional Recovery Services Inc.,   P.O. Box 1880,
                 Voorhees, NJ 08043-7880
13854950        Capital One Bank,   c/o Sunrise Credit Services,   P.O. Box 9100,   Farmingdale, NY 11735-9100
13854955        Creditech,   PO Box 20330,   Lehigh Valley, PA 18002-0330
13854958       +Disney Movie Club,   c/o North Shore Agency Inc.,   270 Spagnoli Road,   Suite 110,
                 Melville, NY 11747-3515
13839336       +Doman Auto Sales,   1308 Edgebrook Ave,   Pittsburgh, PA 15226-1408
14918758        GLHEC & Aff: GLHEGC, NELA, USAF,   PO Box 8961,   Madison WI 53708-8961
13854964        JB Robinson & Brightwater Capital,   c/o Smith & Cohen,   P.O. Box 1646,
                 Southgate, MI 48195-0646
13854969        JRMC Diagnostic Services,   P.O. Box 182504,   Columbus, OH 43218-2504
13854967        Jefferson Regional Medical Center,   P.O. Box 643054,   Pittsburgh, PA 15264-3054
13854968        Jefferson Regional Medical Center,   c/o CBCS,   P.O. Box 2724,   Columbus, OH 43216-2724
13854966        Jefferson Regional Medical Center,   P. O. Box 3475,   Toledo, OH 43607-0475
13839338       +KML Law Group, P.C.,   Mellon Independence Center, Suite 5000,   701 Market Street,
                 Philadelphia, PA 19106-1538
14218716       +LSF9 Master Participation Trust,   P.O.Box 24330,   Oklahoma City, OK 73124-0330
14052230        LSF9 Master Participation Trust,,   P.O. Box 24430, Oklahoma City, OK 73124
13879682       +Lakeview Loan Servicing, LLC,   M&T Bank,   Attn: Bev Inglalsbe,   1100 Wehrle Drive,
                 Williamsville, NY 14221-7748
13839339       +Lakeview Loan Servicing, LLC,   4425 Ponce De Leon Blvd.,   Mailstop MS5/521,
                 Miami, FL 33146-1837
13854975       +New Book of Knowledge Book Club &,   Beginning Readers Book Club,   c/o RJM Acquisitions,
                 575 Underhill Boulevard, Suite 224,   Syosset, NY 11791-3416
13854976       +Novacare Rehabilitation,   400 Technology Drive,   Suite 240,   Canonsburg, PA 15317-9575
13854977        PA American Water Company,   P. O. Box 371412,   Pittsburgh, PA 15250-7412
13854979       +Pennsylvania State Employees FCU,   c/o Account Services,   1802 North East Loop 410, Suite 400,
                 San Antonio, TX 78217-5221
13854981        Peoples Gas Company & Equitable Gas,   P.O. Box 371820,   Pittsburgh, PA 15250-7820
13854982       +Preferred Primary Care Physicians,   Manor Oak Two,   1910 Cochran Road, Suite 490,
                 Pittsburgh, PA 15220-1203
14218709       +Secretaty of Housing and Urban Development,   451 7th Street, S.W.,   Washington, DC 20410-0002
13854984       +US Career Institute,   c/o USCB Accounts Receivable Management,   P.O. Box 1259,   Dept. 25271,
                 Oaks, PA 19456-1259
14804360        United Student Aid Funds, Inc (USAF),   PO Box 8961,   Madison WI 53708-8961
13854987        Walmart,   c/o CAC Financial Corporation,   2601 North West Expressway,   Suite 1000 E,
                 Oklahoma City, OK 73112-7236
13854986        Walmart,   c/o FMS Inc.,   P.O. Box 707600,   Tulsa, OK 74170-7600
13854988        Walmart & GE Capital,   c/o Monarch Recovery Management,   P.O. Box 21089,
                 Philadelphia, PA 19114-0589
13854989        West Jefferson Hills S.D.,   and Pleasant Hills Borough,   c/o PA Municipal Service Co.,
                 336 Delaware Avenue Dept. W-46,   Oakmont, PA 15139-2138
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2019 03:20:38      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr              EDI: RECOVERYCORP.COM Aug 08 2019 06:58:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,   Suite 1120,   Miami, FL 33131-1605
13866759       +E-mail/Text: bncmail@w-legal.com Aug 08 2019 03:21:07      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
```

```
District/off: 0315-2          User: aala                    Page 2 of 3                   Date Rcvd: Aug 07, 2019
                              Form ID: 3180W                Total Noticed: 74


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13854942       +EDI: CCS.COM Aug 08 2019 06:58:00      Allstate Insurance,   c/o Credit Collection Services,
                 2 Wells Avenue,    Newton Center, MA 02459-3225
13843708        EDI: AIS.COM Aug 08 2019 06:58:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
13854945        EDI: TSYS2.COM Aug 08 2019 06:58:00      Barclay’s Bank,   c/o Card Services,   P.O. Box 13337,
                 Philadelphia, PA 19101-3337
13844154        EDI: RESURGENT.COM Aug 08 2019 06:58:00      CACH, LLC,   PO Box 10587,
                 Greenville, SC 29603-0587
13863347       +E-mail/Text: bncmail@w-legal.com Aug 08 2019 03:21:07      CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13854949        E-mail/Text: cms-bk@cms-collect.com Aug 08 2019 03:20:01      Capital Management Services,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
13854951        EDI: CAPITALONE.COM Aug 08 2019 06:58:00      Capital One Bank,   P.O. Box 71083,
                 Charlotte, NC 28272-1083
13854954       +EDI: URSI.COM Aug 08 2019 06:58:00      Citibank,   c/o United Recovery Systems,
                 5800 North Course Drive,    Houston, TX 77072-1613
13854953       +EDI: CITICORP.COM Aug 08 2019 06:58:00      Citibank,   P.O. Box 6077,
                 Sioux Falls, SD 57117-6077
13854957        EDI: DISCOVER.COM Aug 08 2019 06:58:00      Discover Card,   P.O. Box 30943,
                 Salt Lake City, UT 84130
13850508       +EDI: TSYS2.COM Aug 08 2019 06:58:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,   Mason, OH 45040-8053
13854956        EDI: AFNIRECOVERY.COM Aug 08 2019 06:58:00      Direct TV,   c/o Afni Inc.,   1310 MLK Drive,
                 P.O. Box 3517,    Bloomington, IL 61702-3517
13849151        EDI: DISCOVER.COM Aug 08 2019 06:58:00      Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
13839337       +E-mail/Text: kburkley@bernsteinlaw.com Aug 08 2019 03:21:43      Duquesne Light,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13913368       +E-mail/Text: kburkley@bernsteinlaw.com Aug 08 2019 03:21:44      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13854962        EDI: BLUESTEM Aug 08 2019 06:58:00      Fingerhut,   P.O. Box 166,   Newark, NJ 07101-0166
13854963       +EDI: MID8.COM Aug 08 2019 06:58:00      Fingerhut & Web Bank,   c/o Midland Credit Management,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13854965        EDI: RMSC.COM Aug 08 2019 06:58:00      JC Penney,   c/o Advanced Call Center Technologies,
                 P.O. Box 9091,    Johnson City, TN 37615-9091
13839340        E-mail/Text: camanagement@mtb.com Aug 08 2019 03:20:02      M&T Bank,
                 1 Fountain Plaza, 3rd Floor,    Buffalo, NY 14203
13854974       +EDI: LTDFINANCIAL.COM Aug 08 2019 06:58:00      Macy’s & Department Store National Bank,
                 c/o LTD Financial Services,    7322 Southwest Freeway,    Suite 1600,   Houston, TX 77074-2134
13854973       +EDI: URSI.COM Aug 08 2019 06:58:00      Macy’s & Department Store National Bank,
                 c/o United Recovery Systems,    5800 North Course Drive,    Houston, TX 77072-1613
13925814        EDI: NAVIENTFKASMSERV.COM Aug 08 2019 06:58:00      Navient Solutions, Inc.,
                 Department of Education Loan Services,    P.O. Box 9635,    Wilkes-Barre, PA 18773-9635
13893207        EDI: PRA.COM Aug 08 2019 06:58:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
13876694        E-mail/Text: bankruptcynotices@psecu.com Aug 08 2019 03:21:31       PSECU,   P O BOX 67013,
                 HARRISBURGH, PA 17106-7013
13854978        E-mail/Text: bankruptcynotices@psecu.com Aug 08 2019 03:21:31
                 Pennsylvania State Employees FCU,    P.O. Box 67013,   Harrisburg, PA 17106-7013
13867667        EDI: Q3G.COM Aug 08 2019 06:58:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
13848005        EDI: RECOVERYCORP.COM Aug 08 2019 06:58:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13854983        EDI: NAVIENTFKASMDOE.COM Aug 08 2019 06:58:00      Sallie Mae & Dept. of Education,
                 P.O. Box 9635,    Wilkes Barre, PA 18773-9635
13854985        EDI: RMSC.COM Aug 08 2019 06:58:00      Walmart,   c/o GE Capital Retail Bank,   P.O. Box 965023,
                 Orlando, FL 32896-5023
                                                                                               TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Borough of Brentwood
cr             Duquesne Light Company
cr             LSF9 Master Participation Trust
cr             Lakeview Loan Servicing, LLC
cr*            CACH, LLC,   PO Box 10587,   Greenville, SC 29603-0587
13854959*     +Doman Auto Sales,    1308 Edgebrook Ave.,   Pittsburgh, PA 15226-1408
13854960*     +Duquesne Light,    411 Seventh Avenue,   Pittsburgh, PA 15219-1942
13854961*     +Duquesne Light,    411 Seventh Avenue,   Pittsburgh, PA 15219-1942
13854970*     +KML Law Group, P.C.,    Mellon Independence Center, Suite 5000,   701 Market Street,
                Philadelphia, PA 19106-1538
13854971*     +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,   Mailstop MS5/521,
                Miami, FL 33146-1837
13854972*     ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   626 COMMERCE DRIVE,   AMHERST NY 14228-2307
               (address filed with court: M&T Bank,   1 Fountain Plaza, 3rd Floor,   Buffalo, NY 14203)
13854980*      Peoples Gas,   PO Box 6766,   Pittsburgh, PA 15212-0766
```

```
District/off: 0315-2           User: aala              Page 3 of 3              Date Rcvd: Aug 07, 2019
                               Form ID: 3180W          Total Noticed: 74

13839341     ##Peoples Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
                                                                                          TOTALS: 4, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
           andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor    LSF9 Master Participation Trust
           andygornall@latouflawfirm.com
          James Warmbrodt     on behalf of Creditor    LSF9 Master Participation Trust bkgroup@kmllawgroup.com
          Jeffrey R. Hunt     on behalf of Creditor    Borough of Brentwood jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeremy J. Kobeski    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
          Kenneth Steidl    on behalf of Debtor Jeffery L. Round julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Kenneth Steidl    on behalf of Joint Debtor Deidra N. Round julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Mario J. Hanyon    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 13
```